## ATTACHMENT A

### CERTIFICATE OF AUTHORIZED REPRESENTATIVE

I have read the Plea Agreement between ENDRIZZI DIESEL LLC ("the defendant" or "the company") and the United States Attorney's Office for the District of Colorado and carefully reviewed every part of it with outside counsel.

I hereby certify that I am a duly appointed corporate officer and/or authorized representative of ENDRIZZI DIESEL LLC.

I am authorized, empowered, and directed to take any and all actions on behalf of ENDRIZZI DIESEL LLC as may be necessary or appropriate and to enter into and comply with all provisions of a Plea Agreement with the United States Attorney's for the District of Colorado.

I understand the terms of the Plea Agreement and voluntarily agree, on behalf of ENDRIZZI DIESEL LLC, to each of its terms. Before signing this agreement, I consulted with outside counsel for ENDRIZZI DIESEL LLC. Outside counsel fully advised me of the company's rights, possible defenses, the Sentencing Guidelines provisions, and the consequences of entering into this Plea Agreement.

No promises or inducements have been made other than those contained in the Plea Agreement. No one has threatened or forced me in any way to enter into this Plea Agreement.

I am satisfied with outside counsel's representation in this matter.

By: _____                Date: 3-31-22

James Endrizzi
Owner
ENDRIZZI DIESEL